

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MMS/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 23, 2012

<u>By ECF & Hand Delivery</u>

Raymond L. Colon, Esq.
Law Office of Raymond L. Colon
233 Broadway, 5th Floor
New York, NY 10279

    Re:  <u>United States v. Barisciano, et. al</u>
          <u>Criminal Docket No. 11-413 (SLT)</u>

Dear Mr. Colon:

    Enclosed please find documents relating to your client Ralph Mastrantonio containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The materials include arrest related documents bearing bates numbers RM-00000004 - 00000013 and phone records bearing bates numbers PR-00000001 - 00000093.

    If you have any questions or further requests, please do not hesitate to contact us.

                            Very truly yours,

                            LORETTA E. LYNCH
                            United States Attorney
                            Eastern District of New York

                By:    /s/
                        Marisa Megur Seifan/Lan Nguyen
                        Assistant U.S. Attorneys
                        (718) 254-6008/6162

Enclosures
CC:  Clerk of Court (SLT)(w/o enclosures)