# Raymond L. Colón, Esquire

*Of Counsel to The Cochran Firm*

*Attorney and Counselor at Law*
*233 Broadway, 5th Floor • New York • New York 10279*
*Phone (212) 964-8030 Fax (212) 964-2575*
*rlcolonesq@aol.com*

*Member New York and New Jersey Bars*

July 5, 2012

Honorable Sandra L. Townes
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**The application is** ✓ granted.
**SO ORDERED.** ___ denied.

s/ SLT

Sandra L. Townes, U.S.D.J.
Dated: July 11, 2012
Brooklyn, New York

Re:   USA v. Barisciano, et al.
      Defendant: Ralph Mastrantonio
      Docket No.: 11-CR 413 (SLT)

Dear Judge Townes:

I was assigned to represent Ralph Mastrantonio reference the above noted matter. We are respectfully requesting that the defendant be permitted to travel for a short vacation to Westin, Florida from Friday, July 6, 2012 through Saturday, July 14, 2012. With the Court's permission, Mr. Mastrantonio would depart from JFK airport via Jetblue Flight No. 25 at 9:00 am and has booked accommodations at 380 Racketclub Road, Unit 106, Westin, Florida 33326.

The Government has yet to advise us whether or not they are consenting to our request.

Respectfully,

/S/

_____
Raymond L. Colón, Esq.

cc:   AUSA Marisa Megur